UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| Case No. | 8:23-cv-01119-JWH(KESx) | Date | August 18, 2023 |
|---|---|---|---|
| Title | *Connie Sullivan v. Trane U.S. Inc. et al* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|

| Clarissa Lara | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Heather K. McMillan | Chelsea E. Hadaway |
| Christopher Gavriliuc | Emily T. Patajo |
| | Nicole Fukuoka |

**Proceedings:    HEARING RE: PLAINTIFFS' MOTION TO REMAND [ECF No. 14]; SCHEDULING CONFERENCE**

Counsel for the parties state their appearances.  The Court confers with counsel and hears oral argument.  For the reasons stated on the record, it is hereby **ORDERED** as follows:

1.    Plaintiffs' Motion to Remand [ECF No. 14] is **DENIED**.

2.    The Court will issue a separate Order to Show Cause (OSC) as to why sanctions should not be imposed against Attorney Christopher Gavriliuc, counsel for Plaintiff, under Rule 11(b).  A hearing on the OSC is **SET** for Friday, September 29, 2023, at 11:00 a.m.

3.    A trial schedule is **SET**.  The Court will issue a separate Scheduling Order.

**IT IS SO ORDERED.**

Time:   00:22
Initials of Preparer: cla