UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | |
|---|---|
| Case No. 8:23-cv-01119-JWH (KESx) | Date August 18, 2023 |
| Title *Connie Sullivan v. Trane U.S. Inc. et al* | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**  **(IN CHAMBERS) ORDER TO SHOW CAUSE PURSUANT TO RULE 11(c)(3) AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST ATTORNEY CHRISTOPHER GAVRILIUC UNDER RULE 11(b)**

On its own motion in accordance with Rule 11(c)(3), the Court **ORDERS** Attorney Christopher Gavriliuc to **SHOW CAUSE** in writing, on or before September 1, 2023, why he should not be sanctioned for presenting to the Court a written motion [ECF No. 14], a reply brief [ECF No. 17], and a supplemental brief in support of reply [ECF No. 19] in violation of Rule 11(b). The deadline for Defendants' response, if any, is September 8, 2023. The deadline for Mr. Gavriliuc's reply, if any, is September 15, 2023.

A hearing on the Order to Show Cause is **SET** for September 29, 2023, at 11:00 a.m., in person.

**IT IS SO ORDERED.**