JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE SULLIVAN, | Case No. 8:23-cv-01119-JWH-KESx |
| Plaintiff, | **JUDGMENT** |
| v. | |
| TRANE U.S. INC.; TRANE TECHNOLOGIES FINANCIAL SERVICES CORPORATION; INGERSOLL RAND, INC.; and DOES 1 through 50. INCLUSIVE, | |
| Defendants. | |

|   |   |
|---|---|
| 1 | Pursuant to the In Chambers Order [ECF No. 65] entered on or about |
| 2 | July 10, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of |
| 3 | Civil Procedure, |
| 4 | It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows: |
| 5 | 1.   This action, including all claims asserted herein, is **DISMISSED**. |
| 6 | 2.   To the extent that any party requests any other form of relief, such |
| 7 | request is **DENIED**. |
| 8 | **IT IS SO ORDERED.** |

Dated: August 7, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE